# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| KENDAL SPARKS,<br><br>                               Plaintiff,<br><br>   -against -<br><br>CRUISE LLC and GENERAL MOTORS COMPANY,<br><br>                               Defendants. | Index No.:<br><br>**SUMMONS WITH NOTICE**<br><br>**VENUE**<br>New York County<br><br>**BASIS OF VENUE**<br>Where Actions Complained of Occurred |

------------------------------------------------------------------x

**TO THE ABOVE-NAMED DEFENDANT(S):**

    **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint.

    If this Summons with Notice was personally served upon you in the State of New York, the notice of appearance or demand for complaint must be served within twenty (20) days after such service of the Summons with Notice, excluding the date of the service. If this Summons with Notice was not personally delivered to you within the State of New York, the notice of appearance or demand for complaint must be served within thirty (30) days after service of this Summons with Notice is completed as provided by law.

    **PLEASE TAKE NOTICE THAT** the nature of this action is employment discrimination on the basis of Plaintiff's sex and sexual orientation, sexual harassment, a hostile work environment, and retaliation for complaints of discrimination in violation of Title VII of the Civil Rights Act of 1964, the New York City Human Rights Law, and the New York State Human Rights Law. Plaintiff further brings claims of retaliation in violation of New York Labor Law §§ 740 and 215; interference and retaliation in violation of the New York State Paid Family Leave

1

Law and the Family Medical Leave Act; and unequal pay in violation of the New York State Equal Pay Act, New York Labor Law § 194.

The relief sought is: an amount to be determined at trial but in no event less than Two Million Five Hundred Thousand Dollars ($2,500,000.00) together with attorneys' fees and interest thereon.

**PLEASE TAKE FURTHER NOTICE** that if you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment will be entered against you, by default, for the sum of Two Million Five Hundred Thousand Dollars ($2,500,000.00) together with interest, attorneys' fees and the costs and disbursements of this action.

The action will be heard in the Supreme Court of the State of New York, in and for the County of New York. The basis for the venue is where actions complained of occurred.

**Dated: New York, New York**
**July 17, 2025**

                                              **GODDARD LAW PLLC**
                                              *Attorneys for Plaintiff*

By:    */s/ Megan S. Goddard*
        Megan S. Goddard, Esq.
        Hailey Miller, Esq.
        39 Broadway, Suite 1540
        New York, New York 10006
        (646) 964-1178
        Megan@goddardlawnyc.com
        Hailey@goddardlawnyc.com

**TO:**    **CRUISE LLC**
        **244 Fifth Avenue**
        **New York, New York 10001**

        **GENERAL MOTORS COMPANY**
        **300 Renaissance Center**
        **Detroit, Michigan 48243**