# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1270 Avenue of the Americas, 24th Fl.
New York, New York 10020
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Aaron Warshaw
212.492.2083
aaron.warshaw@ogletree.com

January 27, 2026

**VIA ECF**
The Honorable Paul A. Engelmayer
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> Re: ***Kendal Sparks v. Cruise LLC and General Motors Company***
> **Case No. 1:25-cv-07785**

Dear Judge Engelmayer:

This firm represents Defendants Cruise LLC and General Motors Company ("Defendants") in the above-referenced matter. Pursuant to ECF Rule 21.7, we write to ask that the document filed this morning be sealed from the docket as it was inadvertently filed. *See* Dkt. 20. Your Honor's law clerk and the ECF Help Desk have already assisted in temporarily sealing that document and we thank them for their prompt help. We request that this document be sealed as it contains privileged attorney work product.

Thank you for Your Honor's attention to this matter.

Sincerely,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By _____
Aaron Warshaw
Maggie Delany

GRANTED. The Clerk of Court is respectfully directed to maintain docket 20 fully under seal and terminate the motions pending at dockets 20 and 21.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: January 28, 2026
New York, New York

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

92953654.v1-OGLETREE