# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964-1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM


June 8, 2026

**VIA ECF**
Hon. Paul A. Engelmayer, U.S. District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, New York 10007

> Re: ***Kendal Sparks v. Cruise LLC and General Motors Company***,
> **No. 1:25-cv-07785-PA**

Dear Honorable Judge Engelmayer:

Plaintiff Kendal Sparks and Defendants Cruise LLC and General Motors Company (collectively, "Defendants") jointly move pursuant to the Court's Individual Practices to stay all discovery pending the parties' upcoming mediation session, and to adjourn the current discovery deadline of July 10, 2026 accordingly.

The parties have agreed to pursue mediation in a renewed effort to resolve this matter without further litigation costs. The session has been scheduled for July 10, 2026 with mediator Robin Gise. That date reflects the earliest mutually available date given mediator availability and the parties' respective schedules and is not the product of any dilatory conduct by either side.

Significant discovery remains outstanding, including substantial document productions and multiple depositions. While both parties have diligently pursued their discovery obligations, the document exchange process has proven time-intensive through no fault of either party. Completing the remaining discovery before the mediation session would require the expenditure of considerable resources that could be conserved if the matter resolves. The parties therefore submit that a stay of discovery pending the outcome of mediation is appropriate and in the interests of judicial economy.

Notwithstanding the requested stay, the parties have agreed that Defendant will produce, prior to the mediation session, documents relating to the reduction-in-force at issue in this case and the selection criteria used to determine which employees were affected. The parties agree that this targeted production is necessary to enable a productive mediation and should proceed regardless of any broader stay.

1

The parties respectfully request that the Court: (1) stay all fact discovery, pending the outcome of the July 10, 2026 mediation, with the limited exception that Defendants will produce documents relating to the reduction-in-force and the selection criteria used to determine affected employees prior to the session; and (2) adjourn the current July 10, 2026 fact discovery deadline to a new date to be proposed by the parties within one week following mediation, in the event the matter does not resolve. This is the parties' third request for an extension of the fact discovery deadline; prior requests were granted. The parties will promptly notify the Court of the outcome of mediation and, if needed, submit a proposed Revised Civil Case Management Plan and Scheduling Order.

We thank the Court for its consideration.

Respectfully submitted,
GODDARD LAW PLLC

/s/ Megan S. Goddard
By: Megan S. Goddard, Esq.

GRANTED. The Court adjourns the case management conference scheduled for August 19, 2026. The parties are directed to file a joint status update on the docket by July 17, 2026.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Date: June 9, 2026
New York, New York

2