Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
*Attorneys at Law*
1270 Avenue of Americas, 24th Floor
New York, New York 10020
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Aaron Warshaw
212.492.2083
aaron.warshaw@ogletree.com

September 15, 2026

**VIA ECF**
The Honorable Paul A. Engelmayer
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Kendal Sparks v. Cruise LLC and General Motors Company***
**Case No. 1:25-cv-07785**

Dear Judge Engelmayer:

This firm represents Defendants Cruise LLC and General Motors Company ("Defendants") in the above-referenced matter. On Plaintiff Kendal Sparks's ("Plaintiff") consent, Defendants respectfully request that the Court adjourn the in-person conference on September 18, 2026 because the undersigned has a previously scheduled out-of-state family commitment.

Pursuant to Your Honor's Individual Rule 1(E), Defendants state that: (1) the conference is presently scheduled for September 18, 2026, at 9:30 a.m.; (2) all counsel are available to appear on September 28 or October 2, subject to the Court's availability; (3) there have not been any prior adjournment requests of this conference; (4) no adjournment requests for this conference have been either granted or denied; and (5) Plaintiff consents to this motion.

Thank you for Your Honor's attention to this matter.

Sincerely,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By [signature]
Aaron Warshaw
Maggie Delany

CC: All counsel of record

GRANTED. The conference is adjourned to October 2, 2026 at 2 p.m.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: September 15, 2026
New York, New York