UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENDAL SPARKS,

Plaintiff,

-v-

CRUISE LLC *and* GENERAL MOTORS CO.,

Defendants.

25 Civ. 7785 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the Court adjourns the conference, presently scheduled for Friday, October 2, at 2 pm to **Wednesday, October 7, at 2:30 pm**. The conference will still be held **in person**, in courtroom 1305 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York