Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

1270 Avenue of the Americas
24th Floor

New York, New York 10020
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Aaron Warshaw
(212) 492-2083
aaron.warshaw@ogletree.com

November 9, 2026

**VIA ECF**
The Honorable Paul A. Engelmayer
U.S. District Judge for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE: Sparks v. Cruise LLC, et al., No. 25 Civ. 7785(PAE)

Dear Judge Engelmayer:

We represent Defendants in the above-referenced action, and we write jointly with counsel for Plaintiff to update the Court on the status of discovery and to respectfully request a stay of the remaining deadlines while the parties pursue mediation.

In accordance with the Court's October 7, 2026 Order (Dkt. 58), Defendants have produced their outstanding electronically stored information, together with a privilege log and a declaration of undersigned counsel describing the means by which document review and production were undertaken.

The parties have also agreed to mediate. A mediation session is scheduled with Martin F. Scheinman on December 2, 2026. Both sides intend to participate in good faith, and we believe the session offers a real opportunity to resolve this matter without further burden on the parties or the Court.

To allow the parties to focus their efforts on mediation, we jointly and respectfully request that the Court stay all remaining deadlines in this action pending the outcome of the December 2 session. Those deadlines include the December 18, 2026 close of fact discovery, the close of expert discovery, the subsequent deadlines for pre-motion letters regarding summary judgment, and the case management conference.

The parties further propose to submit a joint status report by December 9, 2026. That report will either notify the Court that the matter has settled or propose an amended schedule for any remaining deadlines.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By /s/ Aaron Warshaw
Aaron Warshaw

CC: All counsel of record

GRANTED. The outstanding deadlines in this case and the case management conference are adjourned *sine dire*. The parties are directed to submit a joint status report by December 9, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: November 10, 2026
New York, New York